# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SHANE JEANSONNE** | : | **DOCKET NO. 2:21-cv-4384** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **LA ATTORNEY GENERAL** | : | **MAGISTRATE JUDGE KAY** |

## FINAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 29] previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objection [Doc. No. 30] filed by Plaintiff to the Report and Recommendation;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 19] filed by Defendant Attorney General Jeff Landry is **GRANTED,** and this matter is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all pending motions are **DENIED** and **DISMISSED** as **moot**.

**THUS, DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 9th day of November 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**